EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 5 2003

at 11 o'clock and 30 min 6 M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **CR 03-00554 DAE** |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §2113(a); 18 U.S.C. §924(c)(1); 18 U.S.C. §922(g)(1)] |
| BENJAMIN SUGUI, JR., | |
| Defendant. | |

**INDICTMENT**

COUNT 1

[18 U.S.C. §2113(a)]

The Grand Jury charges:

On or about November 12, 2003, in the District of

Hawaii, defendant, BENJAMIN SUGUI, JR., by intimidation, did take

from the person and presence of another money belonging to, and

in the care, custody, control, management, and possession of Hawaii National Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

### [18 U.S.C. §924(c)(1)]

The Grand Jury further charges that:

On or about November 12, 2003, in the District of Hawaii, defendant, BENJAMIN SUGUI, JR., knowingly used and carried a firearm, to wit: a Steel Security Industries of America, .357 caliber revolver, bearing Serial Number M2759, during and in relation to a crime of violence, to wit, a bank robbery: as charged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT 3

### [18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about November 12, 2003, in the District of Hawaii, defendant, BENJAMIN SUGUI, JR., having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to

2

wit, a Steel Security Industries of America, .357 caliber
revolver, bearing Serial Number M2759.

All in violation of Title 18, United States Code,
Sections 922(g)(1) and 924(a)(2).

DATED: November 25, 2003, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crime Section

EDRIC M. CHING
Assistant U.S. Attorney

United States v. Benjamin Suqui, Jr.
Cr. No._____
"Indictment"

3